# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 17, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131035

HARVEY GRACE,
      Plaintiff-Appellant,

v

BRUCE LEITMAN and BRUCE
LEITMAN, P.C.,
      Defendants-Appellees.

SC: 131035
COA: 257896
Oakland CC: 2002-045572-NM

_____/

      On order of the Court, the application for leave to appeal the March 16, 2006 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether the proffered affidavit from plaintiff's expert witness was sufficient to create a genuine issue of material fact, in light of the principles discussed in *Simko v Blake*, 448 Mich 648 (1995), and other applicable law. The parties may file supplemental briefs within 35 days of the date of this order, but they should avoid submitting a mere restatement of the arguments made in their application papers.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 17, 2006

_____
Clerk

d1114